UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROGERS MOTORS OF HERMISTON LLC,

        Plaintiff,

v.

BARTLETT LLC, et al.,

        Defendants.

C16-1570 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Bartlett LLC's ("Bartlett") unopposed Motion to Supplement Answer, docket no. 40, is GRANTED as follows. Bartlett may file an Amended Answer supplementing its response to paragraph 3.12 of plaintiff's complaint via the Case Management and Electronic Case Filing system within seven (7) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1