# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROGERS MOTORS OF HERMISTON LLC, <br><br> Plaintiff, <br><br> v. <br><br> BARTLETT LLC, <br><br> Defendant. | CASE NO. C16-1570 MJP <br><br> ORDER ON MOTION FOR CHANGE OF VENUE |

The Court has received and reviewed Defendant's Motion for Change of Venue Pursuant to 28 U.S.C. 1404 and Forum Non Conveniens (Dkt. No. 62), all accompanying attachments, declarations and exhibits, as well as relevant portions of the record. Plaintiff filed no responsive briefing in opposition to the motion. The Court finds substantial grounds for change of venue and rules as follows:

IT IS ORDERED that the motion is GRANTED. This matter shall be reassigned to the United States District Court for the Eastern District of Washington forthwith.

1       The clerk is ordered to reassign this matter to the Eastern District of Washington and to
2 provide copies of this order to all counsel.
3       Dated September 13, 2017.

                                       Marsha J. Pechman
                                       United States District Judge