FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROGERS MOTORS OF HERMISTON LLC, an Oregon limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BARTLETT LLC, a Washington limited liability company and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendants. | No. 2:17-CV-00338-SMJ<br><br>**ORDER DISMISSING CASE** |

On May 31, 2018, the parties filed a stipulated dismissal, ECF No. 90. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.** The parties' Stipulation and Order of Dismissal, **ECF No. 90**, is **GRANTED.**

    **2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.** All pending motions are **DENIED AS MOOT.**

ORDER - 1

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 1st day of June 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge